UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

AIR BANDIT, LLC,

    Defendant.

ECF CASE

No.: 1:20-cv-4460

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: April 27, 2021
       New York, New York

s/ Douglas B. Lipsky
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

The application is ✓ granted.
SO ORDERED ___ denied.

s/ WFK

William F. Kuntz, II, U.S.D.J.
Dated: April 27, 2021
Brooklyn, New York